Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Adam W. Holbrook (SBN 268422)
adam.holbrook@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT ALATORRE, an individual, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | CASE NO. 11-CV-04318-JCS<br><br>**STIPULATED SCHEDULING ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1    WHEREAS, on October 21, 2011, the Court heard argument on Plaintiff's Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, on October 21, 2011, the parties requested that they be permitted to provide additional briefing on issues raised by the Court;

WHEREAS, on October 21, 2011, the Court entered a Minute Order directing the parties to submit a joint proposed briefing schedule;

IT IS HEREBY STIPULATED THAT:

1. The parties shall submit a joint supplemental brief in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement on or before November 9, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: October 24, 2011         **KIRKLAND & ELLIS LLP**

By: */s/ Elizabeth L. Deeley*
    Elizabeth L. Deeley
    Nickolas A. Kacprowski
    Adam W. Holbrook

    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, CA  94104
    Telephone (415) 439-1400
    Facsimile:  (415) 439-1500

    Attorneys for Defendant
    24 HOUR FITNESS USA, INC.

///
///
///
///
///
///
///
///

STIPULATED SCHEDULING ORDER         1         Case No. 11-CV-04318-JCS

| | | |
|---|---|---|
| 1 | DATED:  October 24, 2011 | **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.** |

By: */s/ Melissa M. Harnett*
    Melissa M. Harnett[*]
    Robert L. Esenten
    Gregory B. Scarlett

WASSERMAN, COMDEN, CASSELMAN
 & ESENSTEN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 - (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

DATED:  October 24, 2011    **KELLER GROVER, LLP**

By: */s/ Jeffrey F. Keller*
    Jeffrey F. Keller[*]
    Kathleen R. Scanlan

KELLER GROVER, LLP
1965 Market Street, 3rd Floor
San Francisco, CA  94103
Telephone:  (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October __25__, 2011

_____
The Hon. Joseph C. Spero

[*] I, Elizabeth L. Deeley, am the ECF user whose ID and password are being used to file this Stipulated Scheduling Order Re Plaintiff's Motion for Preliminary Approval of Class Action Settlement.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Melissa M. Harnett, Robert L. Esensten, Gregory B. Scarlett, Jeffrey F. Keller and Kathleen R. Scanlan Counsel for Plaintiff Albert Alatorre and on behalf of others similarly situated.

# CERTIFICATE OF SERVICE

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached STIPULATED SCHEDULING ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT via the CM/ECF system on October 24, 2011.

DATED: October 24, 2011                               By: */s/ Elizabeth L. Deeley*
                                                              Elizabeth L. Deeley