1  Elizabeth L. Deeley (SBN 230798)
   elizabeth.deeley@kirkland.com
2  Nickolas A. Kacprowski (SBN 242684)
   nickolas.kacprowski@kirkland.com
3  Adam W. Holbrook (SBN 268422)
   adam.holbrook@kirkland.com
4  KIRKLAND & ELLIS LLP
   555 California Street
5  San Francisco, California  94104
   Telephone: (415) 439-1400
6  Facsimile: (415) 439-1500

7  Attorneys for Defendant
   24 HOUR FITNESS USA, INC.
8

9              **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ALBERT ALATORRE, an individual, and on       CASE NO. 11-CV-04318-JCS
    Behalf of all Others Similarly Situated,
13                                               **STIPULATED SCHEDULING ORDER**
                  Plaintiffs,                    **RE PLAINTIFF'S MOTION FOR**
14                                               **PRELIMINARY APPROVAL OF**
           vs.                                   **CLASS ACTION SETTLEMENT**
15
    24 HOUR FITNESS USA, INC.,
16
                  Defendant.
17

1    WHEREAS, on October 21, 2011, the Court heard argument on Plaintiff's Motion for
Preliminary Approval of Class Action Settlement;

   WHEREAS, on October 21, 2011, the parties requested that they be permitted to provide
additional briefing on issues raised by the Court;

   WHEREAS, on October 21, 2011, the Court entered a Minute Order directing the parties to
submit a joint proposed briefing schedule;

   IT IS HEREBY STIPULATED THAT:

   1.   The parties shall submit a joint supplemental brief in support of Plaintiff's Motion for
Preliminary Approval of Class Action Settlement on or before November 9, 2011.

   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                                   Respectfully submitted,

DATED:  October 24, 2011           **KIRKLAND & ELLIS LLP**

                                   By: */s/ Elizabeth L. Deeley*
                                       Elizabeth L. Deeley
                                       Nickolas A. Kacprowski
                                       Adam W. Holbrook

                                       KIRKLAND & ELLIS LLP
                                       555 California Street
                                       San Francisco, CA  94104
                                       Telephone (415) 439-1400
                                       Facsimile:  (415) 439-1500

                                       Attorneys for Defendant
                                       24 HOUR FITNESS USA, INC.

///
///
///
///
///
///
///
///

STIPULATED SCHEDULING ORDER          1                    Case No. 11-CV-04318-JCS

1  DATED: October 24, 2011  **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**

By: */s/ Melissa M. Harnett*
    Melissa M. Harnett[*]
    Robert L. Esenten
    Gregory B. Scarlett

WASSERMAN, COMDEN, CASSELMAN
 & ESENSTEN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 - (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

DATED: October 24, 2011  **KELLER GROVER, LLP**

By: */s/ Jeffrey F. Keller*
    Jeffrey F. Keller[*]
    Kathleen R. Scanlan

KELLER GROVER, LLP
1965 Market Street, 3rd Floor
San Francisco, CA  94103
Telephone:  (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October _25_, 2011

_____
The Honorable Joseph C. Spero

---

[*] I, Elizabeth L. Deeley, am the ECF user whose ID and password are being used to file this Stipulated Scheduling Order Re Plaintiff's Motion for Preliminary Approval of Class Action Settlement. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Melissa M. Harnett, Robert L. Esensten, Gregory B. Scarlett, Jeffrey F. Keller and Kathleen R. Scanlan Counsel for Plaintiff Albert Alatorre and on behalf of others similarly situated.

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached STIPULATED SCHEDULING ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT via the CM/ECF system on October 24, 2011.

DATED: October 24, 2011                    By: */s/ Elizabeth L. Deeley*
                                                   Elizabeth L. Deeley