Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Adam W. Holbrook (SBN 268422)
adam.holbrook@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT ALATORRE, an individual, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | CASE NO. 11-CV-04318-JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1** |

## STIPULATION

WHEREAS Plaintiff Albert Alatorre commenced this action in this Court on August 30, 2011.

WHEREAS the parties have signed a Putative Class Action Settlement Agreement (the "Settlement") in an effort to resolve the litigation on a consensual basis.

WHEREAS on September 6, 2011, Plaintiff filed its Notice of Motion and Motion for Preliminary Approval of Class Action Settlement Agreement (the "Motion"), and such Motion is pending before the Court.

WHEREAS the Settlement, if approved by the Court, will resolve this litigation and obviate the need for Defendant to respond to the complaint.

1   WHEREAS pursuant to Local Rule 6-1, the parties may stipulate in writing, without a Court
2   order, to extend the time within which to answer or otherwise respond to the complaint, provided
3   that the change will not alter the date of any deadline already fixed by Court order and so long as the
4   stipulation is filed pursuant to Local Rule 5.

5   WHEREAS other than the above-mentioned dates, the only other deadlines set in this case
6   are in connection with the parties' Fed. R. Civ. P. 26 initial disclosures and the Initial Case
7   Management Conference currently scheduled for December 16, 2011.

8   WHEREAS the parties assert that this request is not made for the purpose of delay.
9   THE PARTIES HEREBY STIPULATE AS FOLLOWS:

10  That Defendant is not required to file an answer or other pleading in response to the
11  complaint pending the Court's ruling on preliminary and final approval of the Settlement.  Should
12  the Court fail to grant preliminary or final approval, Defendant's answer or other pleading in
13  response to the complaint will be due forty-five (45) days after the Court's order memorializing that
14  ruling, unless the parties agree to stipulate to a further extension.

16  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18  DATED:  October 27, 2011                    Respectfully submitted,

20                                              **KIRKLAND & ELLIS LLP**

21                                              By: */s/ Adam W. Holbrook*
22                                                  Elizabeth L. Deeley
                                                    Nickolas A. Kacprowski
23                                                  Adam W. Holbrook

24                                              KIRKLAND & ELLIS LLP
                                                555 California Street
25                                              San Francisco, CA  94104
                                                Telephone (415) 439-1400
26                                              Facsimile:  (415) 439-1500

27                                              Attorneys for Defendant
                                                24 HOUR FITNESS USA, INC.
28

| | | |
|---|---|---|
| 1 | DATED: October 27, 2011 | **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.** |

By: */s/ Melissa M. Harnett*
Melissa M. Harnett[*]
Robert L. Esensten
Gregory B. Scarlett

WASSERMAN, COMDEN, CASSELMAN
  & ESENSTEN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 - (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others
similarly situated

DATED: October 27, 2011   **KELLER GROVER, LLP**

By: */s/ Jeffrey F. Keller*
Jeffrey F. Keller[*]
Kathleen R. Scanlan

KELLER GROVER, LLP
1965 Market Street, 3rd Floor
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others
similarly situated

Dated: 10/31/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[*] I, Adam W. Holbrook, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint Pursuant to Local Rule 6-1. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Melissa M. Harnett and Jeffrey F. Keller, Counsel for Plaintiff Albert Alatorre and on behalf of others similarly situated.

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO LOCAL RULE 6-1 via the CM/ECF system on October 27, 2011.

DATED: October 27, 2011                                     By: */s/ Adam W. Holbrook*
                                                                                    Adam W. Holbrook