| | |
|---|---|
| 1 | Elizabeth L. Deeley (SBN 230798) |
| | elizabeth.deeley@kirkland.com |
| 2 | Nickolas A. Kacprowski (SBN 242684) |
| | nickolas.kacprowski@kirkland.com |
| 3 | Adam W. Holbrook (SBN 268422) |
| | adam.holbrook@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 5 | San Francisco, California  94104 |
| | Telephone: (415) 439-1400 |
| 6 | Facsimile: (415) 439-1500 |
| 7 | Attorneys for Defendant |
| | 24 HOUR FITNESS USA, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT ALATORRE, an individual, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | CASE NO. 11-CV-04318-JCS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER** |

## STIPULATION

WHEREAS Plaintiff Albert Alatorre commenced this action in this Court on August 30, 2011;

WHEREAS the parties have signed a Putative Class Action Settlement Agreement (the "Settlement") in an effort to resolve the litigation on a consensual basis;

WHEREAS on September 6, 2011, Plaintiff filed its Notice of Motion and Motion for Preliminary Approval of Class Action Settlement Agreement (the "Motion"), and such Motion is pending before the Court;

WHEREAS the Settlement, if approved by the Court, will resolve this litigation and obviate the need for a case management conference;

1  WHEREAS, the parties previously stipulated, and this Court ordered on October 31, 2011,
2  that defendant is not required to file an answer or other pleading in response to the complaint
3  pending the Court's ruling on preliminary and final approval of the Settlement;

4  WHEREAS, the Initial Case Management Conference is currently scheduled for December
5  14, 2011;

6  WHEREAS, the parties have agreed that continuing the Initial Case Management Conference
7  would best serve judicial efficiency and is the interests of the parties;

8  WHEREAS, pursuant to Local Rules 6-1 and 6-2, the parties may stipulate in writing
9  requesting an order to continue the date of the case management conference.

10  NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1 and 6-2,
11  subject to the approval of the Court, by and between the parties to this case through their respective
12  attorneys of record, that:

13  The case management conference presently scheduled for December 14, 2011, is continued
14  to January 27, 2012 at 1:30 p.m.

16  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18  DATED:  November 22, 2011                    Respectfully submitted,

20                                              **KIRKLAND & ELLIS LLP**

21                                              By: /s/ Adam W. Holbrook
                                                    Elizabeth L. Deeley
22                                                  Nickolas A. Kacprowski
                                                    Adam W. Holbrook

23                                              KIRKLAND & ELLIS LLP
24                                              555 California Street
                                                San Francisco, CA  94104
25                                              Telephone (415) 439-1400
                                                Facsimile:  (415) 439-1500

26
                                                Attorneys for Defendant
27                                              24 HOUR FITNESS USA, INC.

| | | |
|---|---|---|
| 1 | DATED:  November 22, 2011 | **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.** |

By: */s/ Melissa M. Harnett*
   Melissa M. Harnett[*]
   Robert L. Esensten
   Gregory B. Scarlett

   WASSERMAN, COMDEN, CASSELMAN
     & ESENSTEN, L.L.P.
   5567 Reseda Boulevard, Suite 330
   Post Office Box 7033
   Tarzana, California 91357-7033
   Telephone: (818) 705-6800 - (323) 872-0995
   Facsimile: (818) 345-0162

   Attorneys for Plaintiffs
   ALBERT ALATORRE and on behalf of others similarly situated

DATED:  November 22, 2011          **KELLER GROVER, LLP**

By: */s/ Jeffrey F. Keller*
   Jeffrey F. Keller[*]
   Kathleen R. Scanlan

   KELLER GROVER, LLP
   1965 Market Street, 3rd Floor
   San Francisco, CA  94103
   Telephone:  (415) 543-1305
   Facsimile: (415) 543-7861

   Attorneys for Plaintiffs
   ALBERT ALATORRE and on behalf of others similarly situated

---

[*] I, Adam W. Holbrook, am the ECF user whose ID and password are being used to file this Stipulation to Continue Initial Case Management Conference and Associated Deadlines; [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Melissa M. Harnett and Jeffrey F. Keller, Counsel for Plaintiff Albert Alatorre and on behalf of others similarly situated.

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE                    3                    Case No. 11-CV-04318-JCS

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Initial Case Management Conference presently scheduled for December 14, 2011, is continued to January 27, 2012 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 11/23/11  _____
Judge Joseph C. Spero
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER via the CM/ECF system on November 22, 2011.


DATED:  November 22, 2011                    By: */s/ Adam W. Holbrook*
                                                  Adam W. Holbrook