Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Adam W. Holbrook (SBN 268422)
adam.holbrook@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT ALATORRE, an individual, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | CASE NO. 11-CV-04318-JCS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER** |

**STIPULATION**

WHEREAS Plaintiff Albert Alatorre commenced this action in this Court on August 30, 2011;

WHEREAS the parties have signed a Putative Class Action Settlement Agreement (the "Settlement") in an effort to resolve the litigation on a consensual basis;

WHEREAS on September 6, 2011, Plaintiff filed its Notice of Motion and Motion for Preliminary Approval of Class Action Settlement Agreement (the "Motion"), and such Motion is pending before the Court;

WHEREAS the Settlement, if approved by the Court, will resolve this litigation and obviate the need for a case management conference;

1  WHEREAS, the parties previously stipulated, and this Court ordered on October 31, 2011,
2  that defendant is not required to file an answer or other pleading in response to the complaint
3  pending the Court's ruling on preliminary and final approval of the Settlement;

4  WHEREAS, the Initial Case Management Conference is currently scheduled for December
5  14, 2011;

6  WHEREAS, the parties have agreed that continuing the Initial Case Management Conference
7  would best serve judicial efficiency and is the interests of the parties;

8  WHEREAS, pursuant to Local Rules 6-1 and 6-2, the parties may stipulate in writing
9  requesting an order to continue the date of the case management conference.

10  NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1 and 6-2,
11  subject to the approval of the Court, by and between the parties to this case through their respective
12  attorneys of record, that:

13  The case management conference presently scheduled for December 14, 2011, is continued
14  to January 27, 2012 at 1:30 p.m.

15

16  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

17

18  DATED:  November 22, 2011           Respectfully submitted,

19

20                                     **KIRKLAND & ELLIS LLP**

21                                     By: /s/ Adam W. Holbrook
                                           Elizabeth L. Deeley
22                                         Nickolas A. Kacprowski
                                           Adam W. Holbrook
23
                                       KIRKLAND & ELLIS LLP
24                                     555 California Street
                                       San Francisco, CA  94104
25                                     Telephone (415) 439-1400
                                       Facsimile:  (415) 439-1500
26
                                       Attorneys for Defendant
27                                     24 HOUR FITNESS USA, INC.

28

| | | |
|---|---|---|
| 1 | DATED:  November 22, 2011 | **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.** |
| 2 | | |
| 3 | | By: /s/ Melissa M. Harnett<br>Melissa M. Harnett[*]<br>Robert L. Esensten<br>Gregory B. Scarlett |

WASSERMAN, COMDEN, CASSELMAN
 & ESENSTEN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 - (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

DATED:  November 22, 2011                **KELLER GROVER, LLP**

By: /s/ Jeffrey F. Keller
Jeffrey F. Keller*
Kathleen R. Scanlan

KELLER GROVER, LLP
1965 Market Street, 3rd Floor
San Francisco, CA  94103
Telephone:  (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs
ALBERT ALATORRE and on behalf of others similarly situated

---

[*] I, Adam W. Holbrook, am the ECF user whose ID and password are being used to file this Stipulation to Continue Initial Case Management Conference and Associated Deadlines; [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Melissa M. Harnett and Jeffrey F. Keller, Counsel for Plaintiff Albert Alatorre and on behalf of others similarly situated.

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE        3        Case No. 11-CV-04318-JCS

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Initial Case Management Conference presently scheduled for December 14, 2011, is continued to January 27, 2012 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  11/23/11  _____

_____
Judge Joseph C. Spero
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER via the CM/ECF system on November 22, 2011.

DATED: November 22, 2011                     By: /s/ *Adam W. Holbrook*
                                                  Adam W. Holbrook