MELISSA MEEKER HARNETT (Bar No. 164309)
mharnett@wccelaw.com
ROBERT L. ESENSTEN (Bar No. 65728)
resensten@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
gscarlett@wccelaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
jesensten@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

JEFFREY F. KELLER (Bar No. 148005)
jkeller@kellergrover.com
KATHLEEN R. SCANLAN (Bar No 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff, ALBERT ALATORRE AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ALATORRE, an individual, and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | CASE NO. 11 CV 4318 JCS<br><br>**CLASS ACTION**<br><br>**STIPULATION TO FILE ATTORNEY BILLING INVOICES UNDER SEAL**<br><br>Date:   March 16, 2012<br>Time:   9:30 a.m.<br>Crtrm.:  G<br>Judge:  Honorable Joseph C. Spero |

WHEREAS, Local Rules 7-11 and 79-5 require a written stipulation between the parties to support an administrative motion to file any document under seal.

1  WHEREAS, Plaintiff Albert Alatorre intends to file attorney billing records of Wasserman, Comden, Casselman & Esensten, L.L.P. ("WCCE") and Keller Grover LLP ("KG") (collectively, "Class Counsel") in support of his Motion for Attorneys' Fees and Costs and Incentive Award Payment.

WHEREAS, Class Counsel has represented to counsel for Defendant 24 Hour Fitness USA, Inc. ("24 Hour") that Class Counsel's attorney billing invoices for this litigation reflect privileged attorney-client communications and/or protected attorney work product.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rules 7-11, 7-12, and 79-5, by and between the parties to this case through their respective attorneys of record that:

In support of Plaintiff's Motion for Attorneys' Fees and Costs and Incentive Award Payment and subject to Court approval, Plaintiff shall be permitted to file Class Counsel's attorney billing invoices for this litigation under seal for the Court's *in camera* review and inspection.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 13, 2012            **WASSERMAN, COMDEN,**
                                   **CASSELMAN & ESENSTEN, L.L.P.**


                                   By:     /s/-Melissa Meeker Harnett
                                           MELISSA MEEKER HARNETT
                                   Attorneys for Plaintiff Albert Alatorre and the Class

DATED: January 13, 2012            **KELLER GROVER L.L.P.**


                                   By:     /s/-Jeffrey F. Keller
                                           JEFFREY F. KELLER
                                   Attorneys for Plaintiff Albert Alatorre and the Class

| | |
|---|---|
| DATED: January 13, 2012 | **KIRKLAND & ELLIS LLP**<br><br>By:   /s/-Adam W. Holbrook<br>Elizabeth L. Deeley<br>Nickolas A. Kacprowski<br>Adam W. Holbrook<br>Attorneys for Defendant 24 Hour Fitness USA, Inc. |

Dated: Jan. 18, 2012



1014196.1

3:11-cv-4318 JCS

Stipulation to File Attorney Billing Invoices Under Seal